**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **NELSON EMANUEL LOPEZ POP** | **CIVIL DOCKET NO. 1:26-CV-01045** **SECTION P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **TODD LYONS ET AL** | **MAGISTRATE JUDGE THOMAS P. LEBLANC** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 8] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED, ADJUDGED AND DECREED that the instant PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in chambers this 16th day of June 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE